

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:22cr151-ECM-SMD |
| | ) [21 U.S.C. § 846; |
| TORRANCE HILL, | ) 21 U.S.C. § 841(a)(1); |
| a/k/a "Bookie," and | ) 21 U.S.C. § 856(a)(1)] |
| ROBERT WALKER | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Beginning from an unknown date, and continuing through on or about June 8, 2021, the exact dates being unknown to the Grand Jury, in Russell County, Alabama, within the Middle District of Alabama, and elsewhere, the defendants,

TORRANCE HILL,
a/k/a "Bookie," and
ROBERT WALKER,

knowingly and intentionally conspired, combined and agreed together and with others to distribute and possess with intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).   All in violation of Title 21, United States Code, Section 846.

Before TORRANCE HILL committed the offense charged in this count, TORRANCE HILL had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within

15 years of the commencement of the instant offense.

## COUNT 2
(Maintaining a Drug Premises)

Beginning from an unknown date, and continuing through about June 8, 2021, the exact dates being unknown to the Grand Jury, in Russell County, within the Middle District of Alabama, the defendant,

### ROBERT WALKER,

unlawfully and knowingly used and maintained a place located at 1612 Highway 280 By-Pass, Phenix City, Alabama, for the purposes of distributing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## FORFEITURE ALLEGATION

A.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

B.      Upon conviction of the offenses in violation of Title 21, United States Code, Sections 846 or 856(a)(1) set forth in Counts 1 and 2 of this Indictment, the defendants,

### TORRANCE HILL,
a/k/a "Bookie," and
### ROBERT WALKER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461, any and all property constituting or derived from proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner

or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Sections 846 or 856(a)(1).

    C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853(a); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United States Attorney

_____
Eric M. Counts
Assistant United States Attorney

4