IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:22-cr-151-TES-SMD |
| ) | |
| TORRANCE HILL ) | |

**ORDER**

Upon consideration of Defendant's Motion to Compel Production of Unredacted Documents (Doc. 25), Defendant's Motion for Disclosure of Government's Informant (Doc. 26), and Defendant's Motion for Names of Unindicted Conspirators (Doc. 27), it is

ORDERED that, on or before October 19, 2022, the Government shall show cause, if any there be, why the Motions should not be granted.

DONE this 14th day of October, 2022.

_/s/ Stephen M. Doyle_
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE